UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY S. PITCHER,

      Plaintiff,                                 Case No: 1:09-cv-241

v                                                   HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## OPINION AND ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R & R), recommending that this Court affirm the Commissioner's decision to deny Plaintiff's claim for Disability Insurance Benefits (DIB) under Titles II of the Social Security Act. The matter is presently before the Court on Plaintiff's purported objections to the R & R.

In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court is required to perform de novo consideration of those portions of the R & R to which objections are made. The local rules of this Court require that the objecting party "specifically identify the portions of the proposed findings, recommendations or report to which objections are made and the basis for such objections." W.D. Mich. LCivR 72.3(b). *See also Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995) ("[A] general objection to a magistrate's report, which fails to specify the issues of contention, does not satisfy the requirement that an objection be filed. The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious."). The document

Plaintiff submitted is a one-page Notice-of-Appeal form, with the word "Appeal" crossed out and the word "objections" written next to it. As the document fails to satisfy the requirement that objections to an R & R specify the issues in contention, the objections are denied.

Therefore,

**IT IS HEREBY ORDERED** that the objections to the R & R (Dkt 14) are DENIED, the Report and Recommendation (Dkt 13) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is AFFIRMED.

A Judgment will be entered consistent with this Opinion and Order.


Dated: June 4, 2010 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge